# IN THE SUPREME COURT

| 306P15 | Karen Jensen v. Blake Jessamy, in his individual and official capacities; Rodney Monroe, in his individual and official capacities; The City of Charlotte; Richard Stahnke, in his individual and official capacities; Sgt. Elliot, in his individual and official capacities; Sheriff Daniel Chipp Bailey, in his individual and official capacities; Sheriff A. Conner, in his individual and official capacities; Sheriff G. Coble, in his individual and official capacities; Sheriff Employees at the Mecklenburg County Jail; John Doe, in his individual and official capacities; Deputy Horn, in his individual and official capacities; Deputy Pillow, in his individual and official capacities; Deputy Durant, in his individual and official capacities; and Deputy Williams, in his individual and official capacities | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA15-35) <br><br> 2. Plt's PDR Under N.C.G.S. § 7A-31 <br><br> 3. Defs' (Mecklenburg County Sheriff Defendants) Motion to Dismiss Appeal <br><br> 4. Defs' (City Defendants) Motion to Dismiss Appeal | 1. — <br><br> 2. Denied <br><br> 3. Allowed <br><br> 4. Allowed <br><br> **Ervin, J., recused** |
|---|---|---|---|
| 322P15-3 | State v. Raymond Alan Griffin | 1. Def's *Pro Se* Petition for *Writ of Mandamus* <br><br> 2. Def's *Pro Se* Petition for *Writ of Mandamus* <br><br> 3. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed <br><br> 2. Dismissed <br><br> 3. Dismissed |
| 328P15 | In the Matter of The Estate of Charles W. Pickelsimer, Jr. | Caveators' PDR Under N.C.G.S. § 7A-31 (COA14-1192) | Denied |